# BUGLIONE, HUTTON & DEYOE, L.L.C.
### COUNSELLORS AT LAW
### ESTABLISHED IN 1919

401 HAMBURG TURNPIKE – SUITE 206
P.O. BOX 2449
WAYNE, NEW JERSEY 07474-2449
(973) 595-6300
FAX (973) 595-0146

ALBERT C. BUGLIONE
*CERTIFIED BY THE SUPREME COURT OF*
*NJ AS A CIVIL TRIAL ATTORNEY*
RICHARD J. TURANO
  MEMBER N.J. & N.Y. BAR
HEATHER W. GOLDSTEIN
  MEMBER N.J. & N.Y. BAR
CHRYZANTA K. HENTISZ
  MEMBER N.J. & N.Y. BAR

HON. ANNE HUTTON, J.W.C. (RET.)
  (1985-2015)

CHARLES C. STALTER
  (1919-1968)
CHARLES P. DEYOE
  (1950-1973)
THOMAS M. GUINEY
  (1962-1983)
HON. SAMUEL DOAN, J.S.C. (RET.)
  (1929-1989)
WOOD M. DEYOE
  (1952-2017)

ACB-20,578

May 27, 2020

Chambers_of_Magistrate_Judge_Edward_Kiel@njd.uscourts.gov

Hon. Edward Kiel, U.S.M.J.
United States District Court of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

    Re: **Terranova v. Borough of Hasbrouck Heights, et als**
         **USDC Docket No.: 2:19-cv-12515-KM-ESK**
         **Discovery Status Report**

Dear Judge Keil:

    By way of reintroduction, my name is Al Buglione and I represent Officer Harold Van Winkle, with regard to the above-captioned matter.

    Pursuant to Your Honor's directive of May 22, 2020 – I hereby provide this Discovery Summary/update, as follows:

1) The parties have exchanged Disclosures and Requests for Discovery (Interrogatories and Notices to Produce);

2) No Discovery has been exchanged amongst the parties, pending a settlement conference with the Court. That conference is scheduled to occur on May 28, 2020 at 4:00PM; and

*Celebrating "101" Years of Professional Service*

    3) If this matter is not resolved at the Court's forthcoming Settlement Conference, it is respectfully submitted that a new Fact Discovery Schedule would be set by the Court – at the initial Case Management Order has Fact Discovery concluding on May 29, 2020.

This concludes the submission of the parties regarding discovery, and kindly note that this update was circulated amongst all of the attorneys in this matter. As of now, I have not received any objections.

In the interim, please note that the parties stand further ready and available to expound upon the information and positions stated herein.

Lastly, please note that I cannot participate in tomorrow's Settlement Conference because I must participate in a pre-scheduled and important Public School board meeting. However, another attorney from my office will appear for me.

                                       Respectfully submitted,

                                       Buglione, Hutton & DeYoe, LLC


                                       By: /s/ Albert C. Buglione
                                               Albert C. Buglione
                                               973-595-6300 Ext. 15

ACB:dw