# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

ANTHONY P. SEIJAS, Partner
aseijas@cgajlaw.com

Reply to: Oakland Office

August 2, 2021

<u>Via Electronic Filing</u>
Honorable Edward S. Kiel, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

**Re: Terranova v. Borough of Hasbrouck Heights, et al.
Civil Action No. 2:19-cv-12515-JMV-JAD**

Your Honor:

Kindly accept this correspondence as our joint status letter as per the Court's Order.

The undersigned represents Defendants Borough of Hasbrouck Heights and Police Chief Michael Colaneri with regard to the above matter.

The Parties respectfully request that the Court schedules the "friendly hearing" for September 24, 27, 29, or October 1.

Thanking you for your attention to this matter.

Respectfully submitted,

*/s/ Anthony P. Seijas*

Anthony P. Seijas


*/s/ Mark B. Frost*

Mark B. Frost

---

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com